UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RODRIGO RAMIREZ-GUTIERREZ          CASE NO.  1:26-CV-00179 SEC P

VERSUS                             JUDGE TERRY A. DOUGHTY

BRIAN ACUNA ET AL                  MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

Considering the Voluntary Motion to Dismiss [Doc. No. 11] filed by Petitioner, Rodrigo Ramirez-Gutierrez,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and the Petition for Writ of Habeas Corpus [Doc. No. 1] in the above-captioned matter is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 27th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE